**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OSVALDO VALDEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| v. ) | |
| ) | Judge |
| CITY OF CHICAGO, a unit of local ) | |
| government, EDDIE JOHNSON, in his ) | Magistrate Judge |
| individual capacity, and RAHM ) | |
| EMMANUEL, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

Defendants City of Chicago ("the City") and Eddie Johnson, in his official and individual capacities ("Johnson"), through their attorney, Mark A. Flessner, Corporation Counsel for the City of Chicago, respectfully request removal of the above entitled action to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b). In support of this Notice of Removal, the City and Johnson submit the following.

1. The City and Johnson are named Defendants to a civil action filed on December 11, 2019 in the Circuit Court of Cook County, Illinois as Case No. 2019 L 013635, captioned OSVALDO VALDEZ v. CITY OF CHICAGO, *et al*. *See* Summons and Complaint, attached here as Exhibit A.

2. A Summons and Complaint were served on the City on December 23, 2019. Undersigned counsel has appeared on behalf of the City and Johnson upon the filing of this Notice of Removal on January 17, 2020. Upon information and belief, Plaintiff has not properly served Defendant Rahm Emmanuel in his individual capacity.

3. In the Complaint, Plaintiff Osvaldo Valdez ("Valdez") alleges he was passed over for promotion within the Chicago Police Department in retaliation for exercising his right to free speech under the First and Fourteenth Amendments of the U.S. Constitution and Article I, Section 2 of the Illinois Constitution. *See* Complaint, Exhibit A at ¶¶ 93, 96 (Count II for First Amendment retaliation against the City), ¶¶ 106, 109 (Count III for First Amendment retaliation against Johnson and Emmanuel) and ¶¶ 126, 130 (Count V for retaliation under Illinois Constitution against Johnson and Emmanuel). Valdez also claims he was not promoted because of his race in violation of the Fourteenth Amendment of the U.S. Constitution. *Id*. at ¶¶ 115, 120(d) (Count IV for race discrimination against all Defendants). In Count I of the Complaint, Valdez seeks to enforce the City's obligation to indemnify Johnson and Emmanuel pursuant to the Illinois Local Governmental and Governmental Employees Tort Immunity Act, 740 ILCS 10/9-102. *Id*. at ¶ 82 (Count I for indemnification against the City).

4. This Court has federal question jurisdiction over the claims asserted in Counts II through IV pursuant to 28 U.S.C. §§ 1331 and 1343, as those claims arise under the Constitution and laws of the United States. This Court has supplemental jurisdiction over the claims asserted in Counts I and V pursuant to 28 U.S.C. § 1367 as those claims are so related to the claims asserted in Counts II through IV as to comprise part of the same case or controversy under Article III of the U.S. Constitution.

5. The City and Johnson are entitled to remove this action pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446(b), in that this Court has original jurisdiction over the claims asserted in the Complaint and this Notice of Removal is filed within 30 days of receipt of the Summons and Complaint by the City. 28 U.S.C. §§ 1331, 1343 and 1367.

6. The City and Johnson join in this Notice of Removal. Upon information and belief, Defendant Rahm Emmanuel will consent to removal upon his appearance in this action.

7. This Notice of Removal is contemporaneously served on Plaintiff's counsel and filed with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendants City of Chicago and Eddie Johnson, in his official and individual capacities, respectfully request that the above-entitled action now pending in the Circuit Court of Cook County, Illinois, Case Number 2019 L 013635, be removed to this Court.

Dated: January 17, 2020

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel for City of Chicago

By: *s/ Mark J. Bereyso*
Chief Assistant Corporation Counsel

City of Chicago, Department of Law
Employment Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744- 6951