# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| OSVALDO VALDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 cv 388 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| CITY OF CHICAGO, a local unit of government, EDDIE JOHNSON, in his individual capacity, RAHM EMANUEL, in his individual capacity, | ) ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

### DEFENDANTS CITY OF CHICAGO AND EDDIE JOHNSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants City of Chicago ("the City") and Eddie Johnson, in his individual and official capacities ("Johnson"), through their attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago, move for an extension of time through February 21, 2020 to respond to the Amended Complaint. Plaintiff's counsel has no objection to this motion.

1. On December 11, 2019, Plaintiff Osvaldo Valdez ("Valdez"), a Lieutenant with the Chicago Police Department, commenced this action in the Circuit Court of Cook County, Illinois, claiming he was passed over for promotion to Captain or Commander in June and October 2019 in retaliation for a statement he made in July 2016, and due to his race, in violation of the United States and Illinois Constitutions. On December 12, 2019, Valdez filed an Amended Complaint in the Circuit Court.

2. On December 23, 2019, Valdez served the City with a summons and a copy of the Amended Complaint. Upon information and belief, Valdez has not affected proper service of process upon either Johnson or Defendant Rahm Emmanuel as of the time the City and Johnson

removed the action to this Court on January 17, 2020 pursuant to 28 U.S.C. §§ 1441(a) and 1446(b).

3. Pursuant to Illinois Supreme Court Rules, the City's response to the Amended Complaint was due on or before January 22, 2020. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the City's responsive pleading is now due on January 24, 2020.

4. Counsel for the City and Johnson require additional time in which to investigate and prepare a response to the Amended Complaint. Due to counsel's holiday and vacation schedules, as well as the issues of service of process and representation of co-defendant Rahm Emmanuel, counsel respectfully request until February 21, 2020 in which to file an answer or otherwise plead to the Amended Complaint.

5. Plaintiff's counsel has no objection to the relief requested by this motion. This motion is not filed for any improper purpose or to delay the progress of this case. This is the first extension of time requested by these Defendants.

For the foregoing reasons, Defendants City of Chicago and Eddie Johnson, in his individual and official capacities, respectfully request an extension of time in which to respond to the First Amended Complaint through February 21, 2020 and other relief the Court deems appropriate.

Dated: January 21, 2020          Respectfully submitted,

                                 MARK A. FLESSNER
                                 Corporation Counsel of the City of Chicago

                                 By: *s/ Mark J. Bereyso*
City of Chicago, Department of Law    MARK J. BEREYSO
Employment Litigation Division        Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602               AMY L. BRAMMELL
(312) 744-6951/4939                   Assistant Corporation Counsel