# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Osvaldo Valdez

                      Plaintiff,

v.                                             Case No.: 1:20–cv–00388
                                                          Honorable Joan H. Lefkow

City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2020:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time [7] is granted. Defendants shall answer or otherwise plead to the first amended complaint by 2/21/2020. Motion hearing set for 1/29/2020 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.